UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODY E. BURKE,

       Plaintiff,                              Case No.  1:10-CV-871

v.                                           Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on January 27, 2012.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 27, 2012, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Commissioner's decision denying Plaintiff's claim for benefits is **AFFIRMED**.

This case is **concluded**.


Dated:  February 15, 2012                                  /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE